UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CASE NO. 1:21-cv-01369-BKS-CFH

MICHAEL KIRKPATRICK,
individually and on behalf of all,
others similarly situated,

    Plaintiff,

v.

GENESCO, INC. d/b/a JOURNEYS,

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Michael Kirkpatrick and Defendant Genesco, Inc. d/b/a Journeys, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: Plaintiff's claims against Defendant Genesco, Inc. d/b/a Journeys are hereby dismissed **without** prejudice.  The Parties also stipulate that no party hereto is an infant or incompetent.

Dated:  February 24, 2022

                                            /s/ Amy E. Richardson
Amy E. Richardson (Bar Roll No. 107409)
Matthew G. Miller
HWG LLP
1919 M Street NW, Eighth Floor
Washington, DC 20036
Telephone: (202) 730-1300
Facsimile: (202) 730-1301
arichardson@hwglaw.com
*Counsel for Genesco Inc. d/b/a Journeys*


**HIRALDO P.A.**


By:   /s/ Manuel S. Hiraldo
Manuel S. Hiraldo, Esq.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
(t) 954.400.4713
*Attorneys for Plaintiff*

IT IS SO ORDERED:

*/s/ Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge

Dated: 2/25/2023
Syracuse, NY

2